# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ARTHUR J. GALLAGHER & CO., | ) |
| Plaintiff, | ) Case No.: 1:22-cv-03931 |
| v. | ) **DEMAND FOR JURY TRIAL** |
| ALLIANT INSURANCE SERVICES, INC., | ) |
| Defendant. | ) |

## PLAINTIFF'S FRCP 7.1 CORPORATE DISCLOSURE STATEMENT AND LOCAL RULE 3.2 NOTIFICATION OF AFFILIATES

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, Plaintiff Arthur J. Gallagher & Co. states that it has no parent corporation, that Vanguard Group, Inc., a publicly held corporation, owns more than 10% of its stock, and that BlackRock, Inc., a publicly held corporation, owns more than 5% of its stock.

DATED: July 28, 2022

Respectfully submitted,

*/s/ Ronald S. Safer*
Ronald S. Safer, ARDC # 6186143
Eli J. Litoff, ARDC # 6317940
Matthew A. Blumenreich, ARDC # 6329458
RILEY SAFER HOLMES & CANCILLA LLP
70 W. Madison Street, Suite 2900
Chicago, Illinois 60602
Phone: 312-471-8700
Fax: 312-471-8701
Email: rsafer@rshc-law.com
elitoff@rshc-law.com
mblumenreich@rshc-law.com

*Attorneys for Plaintiff*