# Exhibit B

Message

| | |
|---|---|
| **From:** | Fischer, Debra L. [debra.fischer@morganlewis.com] |
| **Sent:** | 3/7/2019 7:09:49 PM |
| **To:** | Reshma Dalia [/O=CORPORATE/OU=First Administrative Group/cn=Recipients/cn=rdalia] |
| **CC:** | Wagmeister, Adam E. [adam.wagmeister@morganlewis.com] |
| **Subject:** | IT Forms |
| **Attachments:** | 111118__35914475v2_Alliant_ IT Form Combined.DOCX; 111118__36057360v2_Alliant_ IT Form - Instructions re Current Employer Property.DOCX |

**This message has originated outside the organization.**

Reshma,

Attached are the two revised IT forms we have prepared for Alliant's use in the Lockton matter and with respect to all future hires. The forms are as follows:

- **Instructions Regarding Current Employer Information:** This form replaces the prior IT Form 1 and, like that form, is to be sent to the candidate alongside the offer letter. Also like the prior IT Form 1, this will not be sent to candidates who receive EAs and negotiate in advance (e.g., the 10 Lockton producers), as these employees will be undergoing the forensic remediation in advance. This new form provides improved instructions on the return and/or destruction of current employer property prior to resignation. Note, we are no longer instructing employees in writing to resign without notice because they may have notice provisions – Alliant will instead instruct them verbally, which I understand it has already been doing.
- **Employee IT Questionnaire and Certification Form:** This form combines and replaces the prior IT Forms 2 and 3 and, like those forms, is to be signed by every new hire (including those with EAs) on the first day of employment at Alliant. The new form includes questions about personal email, cloud storage, and file sharing accounts that were not previously addressed, and includes additional instructions/acknowledgments designed to protect Alliant and prevent misappropriation.

Please let us know if you would like to further discuss. We will have 50 copies of each of these sent to the Denver Regus Suite once you have had the opportunity to review and approve these.

Thanks,
Deb

Debra L. Fischer
Morgan, Lewis & Bockius LLP
2049 Century Park East | Suite 700 | Los Angeles, CA 90067
Direct: +1.310.907.1111 | Main: +1.310.907.1000 | Fax: +1.310.907.1001
debra.fischer@morganlewis.com | www.morganlewis.com
Assistant: Nichele Goitia | +1.310.907.1047 | nichele.goitia@morganlewis.com

DISCLAIMER
This e-mail message is intended only for the personal use
of the recipient(s) named above. This message may be an
attorney-client communication and as such privileged and
confidential and/or it may include attorney work product.

Highly Confidential - Attorneys' Eyes Only

If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

Highly Confidential - Attorneys' Eyes Only

ALLIANT00090189