# Exhibit C

Message

| | |
|---|---|
| From: | Fischer, Debra L. [debra.fischer@morganlewis.com] |
| Sent: | 3/1/2019 2:30:37 PM |
| To: | Reshma Dalia [/O=CORPORATE/OU=First Administrative Group/cn=Recipients/cn=rdalia] |
| CC: | Casto, Lorraine M. [lorraine.casto@morganlewis.com]; Gerber, Seth M. [seth.gerber@morganlewis.com]; Wagmeister, Adam E. [adam.wagmeister@morganlewis.com] |
| Subject: | RE: Lockton - IT Issues |

This message has originated outside the organization.

Understood. The limitations would only be for a short period of time, but I appreciate your concern. I have Christy's email, but do you have her phone number? Thanks.

**Debra L. Fischer**
Morgan, Lewis & Bockius LLP
2049 Century Park East | Suite 700 | Los Angeles, CA 90067
Direct: +1.310.907.1111 | Main: +1.310.907.1000 | Fax: +1.310.907.1001
debra.fischer@morganlewis.com | www.morganlewis.com
Assistant: Nichele Goitia | +1.310.907.1047 | nichele.goitia@morganlewis.com

**From:** Reshma Dalia <rdalia@alliant.com>
**Sent:** Friday, March 1, 2019 12:47 PM
**To:** Fischer, Debra L. <debra.fischer@morganlewis.com>
**Cc:** Casto, Lorraine M. <lorraine.casto@morganlewis.com>; Gerber, Seth M. <seth.gerber@morganlewis.com>; Wagmeister, Adam E. <adam.wagmeister@morganlewis.com>
**Subject:** RE: Lockton - IT Issues

[EXTERNAL EMAIL]
See below responses. Thanks.

**Reshma Dalia**
Chief Financial Officer
Alliant Specialty Group
Alliant Insurance Services, Inc.

O 213 443 2460
C 213 500 7067
www.alliant.com

CA License No. 0C36861



**From:** Fischer, Debra L. [mailto:debra.fischer@morganlewis.com]
**Sent:** Friday, March 01, 2019 12:15 PM
**To:** Reshma Dalia <rdalia@alliant.com>
**Cc:** Casto, Lorraine M. <lorraine.casto@morganlewis.com>; Gerber, Seth M. <seth.gerber@morganlewis.com>; Wagmeister, Adam E. <adam.wagmeister@morganlewis.com>
**Subject:** Lockton - IT Issues

This message has originated outside the organization.

Highly Confidential - Attorneys' Eyes Only

ALLIANT00090866

Reshma,

For the Lockton folks, we are preparing papers to oppose a temporary restraining order/preliminary injunction in Missouri and need to draft a declaration from the IT person who will be responsible for issuing and configuring the computers/mobile phones for the Lockton hires. Can you tell me who will be the IT person with respect to these hires? Christy Ensign from IT is coordinating these efforts so you need to check with her who should sign. There a few people involved, but I don't know who handles what.

We also would like to implement new IT measures that will be helpful, based on our prior experience. In addition to our standard procedures of disabling administrative rights and access to USBs, CDs/DVDs, personal email sites, cloud storage sites, file sharing sites, and social media sites on the Alliant computers, we would like to do the following:

- Block the new hires' Alliant email accounts from being able to receive emails from their personal email accounts for a limited time period after the hire date (during the time period in which new hires are contacting their clients in an effort to obtain business; i.e., during the time period where a TRO/PI is most likely). This will make it more difficult for employees to circumvent our existing protocols by forwarding prior employer information from their personal computers to their Alliant email accounts, and is an alternative to monitoring the new hires' Alliant email accounts for forwarded information, which is more time consuming and costly. Lorraine and Michael Palfy have already discussed whether this is feasible and believe it can be accomplished relatively easily. For the producer level employees, we will get their personal email accounts during the pre-hire device interview/remediation process. As for the other new hire candidates, Morgan Lewis eData attorneys will interview them on their first day at Alliant before they get access to their Alliant devices, will identify their personal emails and ask IT to block them on the email system before providing access to Alliant email to the new hires.

- Implement measures in the new hires' Alliant mobile phones that prevent access of personal email, cloud storage, fire sharing, and social media site access. This will make it more difficult for employees to circumvent our existing protocols that presently just restrict computers.

Can Lorraine and Michael Palfy further discuss implementing the above measures? Sounds pretty harsh – remember we need it to also be a positive transition for folks b/c we anticipate strong counter offers. Last thing we want to do is create a negative environment right off the bat. I think we should discuss this w/ PA early next week. In the meantime, Lorraine can discuss with IT for now to see if it's feasible, but I recommend going to Christy, not Michael and asking her to recommend who to speak with since she's been leading the IT efforts on this one. Just to be clear, I don't want this implemented until we've spoken to PA.

One last question – will all the new hires be given Alliant cell phones, or only higher level employees? Plan is for All

Thanks,
Deb

Debra L. Fischer
Morgan, Lewis & Bockius LLP
2049 Century Park East | Suite 700 | Los Angeles, CA 90067
Direct: +1.310.907.1111 | Main: +1.310.907.1000 | Fax: +1.310.907.1001
debra.fischer@morganlewis.com | www.morganlewis.com
Assistant: Nichele Goitia | +1.310.907.1047 | nichele.goitia@morganlewis.com

Highly Confidential - Attorneys' Eyes Only

ALLIANT00090867

DISCLAIMER
This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential and/or it may include attorney work product. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

This email and its attachments are for the exclusive use of the intended recipients, and may contain proprietary information and trade secrets of Alliant Insurance Services, Inc. and its subsidiaries. This email may also contain information that is confidential, or otherwise protected from disclosure by contract or law. Any unauthorized use, disclosure, or distribution of this email and its attachments is prohibited. If you are not the intended recipient, let us know by reply email and then destroy all electronic and physical copies of this message and attachments. Nothing in this email or its attachments is intended to be legal, financial, or tax advice, and recipients are advised to consult with their appropriate advisors regarding any legal, financial, or tax implications.

Highly Confidential - Attorneys' Eyes Only

ALLIANT00090868