# Exhibit E

| | |
|---|---|
| **Message** | |
| **From**: | Reshma Dalia [/O=CORPORATE/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=RDALIA] |
| **Sent**: | 3/5/2019 10:25:34 AM |
| **To**: | Fischer, Debra L. [debra.fischer@morganlewis.com]; Peter Arkley [/O=CORPORATE/OU=First Administrative Group/cn=Recipients/cn=parkley] |
| **CC**: | Jennifer Baumann [/O=CORPORATE/OU=First Administrative Group/cn=Recipients/cn=jbaumann; Kyra Kono [/O=CORPORATE/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Kyra Monroec42]; Peter Carpenter [/O=CORPORATE/OU=First Administrative Group/cn=Recipients/cn=pcarpenter]; Wagmeister, Adam E. [adam.wagmeister@morganlewis.com] |
| **Subject**: | RE: Lockton - Update on Status (Attorney Client Privileged and Attorney Work Product) |

The transition date is definitely 3/11. I will ask PA to remind them when he speaks with each of them next. Also, one of us will be calling each of them prior to 3/11 to let them know what time to arrive and our office address. Thanks.

**Reshma Dalia**
Chief Financial Officer
Alliant Specialty Group
Alliant Insurance Services, Inc.

O   213 443 2460
C   213 500 7067
www.alliant.com

CA License No. 0C36861



---

**From:** Fischer, Debra L. [mailto:debra.fischer@morganlewis.com]
**Sent:** Tuesday, March 05, 2019 12:11 AM
**To:** Peter Arkley <parkley@alliant.com>; Reshma Dalia <rdalia@alliant.com>
**Cc:** Jennifer Baumann <jbaumann@alliant.com>; Kyra Kono <Kyra.kono@alliant.com>; Peter Carpenter <pcarpenter@alliant.com>; Wagmeister, Adam E. <adam.wagmeister@morganlewis.com>
**Subject:** RE: Lockton - Update on Status (Attorney Client Privileged and Attorney Work Product)

This message has originated outside the organization.

---

Peter and Reshma,

Following up on yesterday's email, we are still negotiating with all four of the new hires' counsel regarding the employment agreements and are not done yet. In the meantime, I wanted to confirm a few things:

- Please confirm we are telling the new hires to resign on Monday morning (March 11), as opposed to Friday afternoon (March 8). *If the resignations happen Friday, Lockton will have all weekend to prepare litigation strategy before the new hires are able to bring in business.*
- Please confirm one of you is going to call each of the new hires to tell them when to resign. *Kinder's attorney informed me that Kinder was under the impression he would be resigning on Friday, and we don't want any of these folks resigning earlier than intended.*
- We are going to reach out to each of the new hires' counsel tomorrow or Wednesday, depending on the status of employment agreement negotiations, to arrange for the forensic remediation process on Thursday or at the latest Friday.

I will be sending separate emails regarding some of the recruits' employment agreement negotiations.

Thanks,
Deb

**Debra L. Fischer**
**Morgan, Lewis & Bockius LLP**
2049 Century Park East | Suite 700 | Los Angeles, CA 90067
Direct: +1.310.907.1111 | Main: +1.310.907.1000 | Fax: +1.310.907.1001
debra.fischer@morganlewis.com | www.morganlewis.com
Assistant: Nichele Goitia | +1.310.907.1047 | nichele.goitia@morganlewis.com

---

**From:** Fischer, Debra L.
**Sent:** Sunday, March 3, 2019 11:44 PM
**To:** Peter Arkley <parkley@alliant.com>; 'Reshma Dalia (rdalia@alliant.com)' <rdalia@alliant.com>
**Cc:** Jennifer E. Baumann Esq. (jbaumann@alliant.com) <jbaumann@alliant.com>; 'Kyra Kono' <Kyra.kono@alliant.com>; Peter Carpenter (pcarpenter@alliant.com) <pcarpenter@alliant.com>
**Subject:** Lockton - Update on Status (Attorney Client Privileged and Attorney Work Product)
**Importance:** High

Peter,
Here is an update on my conversations with all four lawyers, all of whom I spoke with again on Friday.

Kinder – His lawyer is being much more cooperative since you spoke with Kinder. We got his many Lockton agreements and they are as problematic as McDaniel's. (Reshma, I am sending you a separate email in the morning on one document I don't think we should have received.) I have spoken to his lawyer about what we will agree to in his Alliant EA and have sent an updated draft that I have told him is subject to Alliant's review as well. He is going to be on vacation and unavailable for a week so I will be dealing with his partner who is less agreeable but whom I can handle.

Cady – Aside from the one change I relayed and which you all have already made, his lawyer unfortunately now has a couple more changes. His concerns are not unreasonable and I am working with him on them. Hoping to wrap that up in the next day.

Hansen – His lawyer took some time to get back to me about representing Nick and comments he had on his EA. He left me a message late Friday afternoon telling me they have a few proposed changes. I will reach out tomorrow. He appears to be cooperative so hoping his proposed changes are few and reasonable so we can get through it tomorrow.

McDaniel – His lawyer is VERY unpleasant. As you know, it originally took us a long time to get his changes but I understood we were done weeks ago. He just told me on Friday that he has more changes, all I believe relate to Exhibit A. I told him that McDaniel would need to talk to you about them, as they all relate to compensation but here is a summary:

1. 
2. 
3. 
4. 

Please talk to McDaniel about these proposed changes in 1-3 above and any other compensation issues he has. I have repeatedly told his lawyer that we need to get the EA resolved so that we can prepare for McDaniel's move including any litigation prep and that I need to speak with him at length to get information on his client. He had previously expressed reluctance to do this but said he would think about it. When I reminded him of this on Friday, he went off on me (something like "I am a busy lawyer with a very busy practice and don't need to be treated like some fucking underling.") Also, he is apparently on vacation this week as well (I must have missed the memo re

March vacations), but he assured me, after yelling at me that he would make himself available, for what, it remains to be seen.

Needless to say, we are not where I would like to be just a week before the move but we will do our best. If you could encourage the producers to move this along with their lawyers so we can focus on helping them with potential litigation – work we are doing for their benefit - I would appreciate it.

Thanks,
Deb

**Debra L. Fischer**
Morgan, Lewis & Bockius LLP
2049 Century Park East | Suite 700 | Los Angeles, CA 90067
Direct: +1.310.907.1111 | Main: +1.310.907.1000 | Fax: +1.310.907.1001
debra.fischer@morganlewis.com | www.morganlewis.com
Assistant: Nichele Goitia | +1.310.907.1047 | nichele.goitia@morganlewis.com

DISCLAIMER
This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential and/or it may include attorney work product. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

Highly Confidential - Attorneys' Eyes Only					ALLIANT00087481