# Exhibit O

| To: | Victoria Ochocinski[Victoria_Ochocinski@ajg.com] |
|---|---|
| Cc: | Jim McInerney[Jim_McInerney@ajg.com]; Cely Escobar[Cely_Escobar@AJG.com] |
| From: | Melissa Haggerty[Melissa_Haggerty1@ajg.com] |
| Sent: | Tue 7/12/2022 9:57:17 PM (UTC) |
| Subject: | Resignation |

**REDACTED**

Vickie,

I was hoping to catch you before the end of the day so we could discuss – feel free to call me in the morning if you want to talk it through.

Alliant made me an offer I couldn't refuse and I accepted. I am resigning from my position at Gallagher effective immediately. It's a great opportunity for me and I have a family to take care of, so that was a major factor in my decision. Additionally, I had been promised a promotion at Gallagher for months that never came to fruition, and I'm disappointed. The counter offer I received verbally from Jim was just not enough to make me reconsider, with the amount of work I would've faced.

I really hate to leave you all hanging, and I hope the below list of open items will help you somewhat. REDACTED

REDACTED

**Melissa Haggerty**
Client Service Manager, Construction Practice
M 779-435-3943
melissa_haggerty1@ajg.com

www.linkedin.com/in/melissa-haggerty

**Gallagher**

300 S. Riverside Plaza, Suite 1500, Chicago, IL 60606

www.ajg.com

**Arthur J. Gallagher Risk Management Services, Inc.**

**Arthur J. Gallagher & Co. Insurance Brokers of California, Inc.**

**CA License No. 0726293**

Communications concerning this matter, including this email and any attachments, may have been provided for purposes of insurance/risk management consulting.  Opinions and advice provided by Gallagher are not intended to be, and should not be construed as, legal advice.

A licensed Gallagher representative must provide the appropriate insurance carrier with written instructions in order to bind insurance coverage.  Therefore, client instructions via email are not sufficient to bind coverage unless and until you have received explicit written confirmation from an authorized Gallagher representative.