## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Arthur J. Gallagher & Co.

                      Plaintiff,

v.                                                       Case No.: 1:22−cv−03931

                                                            Honorable Martha M. Pacold

Alliant Insurance Services, Inc.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 29, 2022:

      MINUTE entry before the Honorable Martha M. Pacold: Telephonic status hearing set for 7/29/2022 at 11:00 a.m. Dial toll−free call−in number: (888) 684−8852; followed by the conference access code: 9482028#. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions deemed necessary by the court. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.