UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

Arthur J. Gallagher & Co.

                                  Plaintiff,

v.                                                      Case No.: 1:22−cv−03931
                                                            Honorable Martha M. Pacold

Alliant Insurance Services, Inc.

                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 10, 2022:

      MINUTE entry before the Honorable Martha M. Pacold: Telephonic hearing held on 8/10/2022. For the reasons stated on the record, plaintiff's motion for temporary restraining order [7] is denied. Plaintiff's motion for expedited discovery and preservation of evidence [18] is continued. The parties are directed to meet and confer and submit a joint status report to the court by 4:00 pm on 8/12/2022 addressing expedited discovery (including both timing and scope) and dates for the preliminary injunction hearing. Telephonic status hearing set for 8/16/2022 at 9:30 am. Dial toll−free call−in number: (888) 684−8852; followed by the conference access code: 9482028#. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions deemed necessary by the court. Any responses by plaintiff to the pro hac vice motions [22], [23] are due by 8/12/2022. The parties are directed to confer and contact the courtroom deputy with a proposed reply deadline after the responses are filed. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.