# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ARTHUR J. GALLAGHER & CO., ) )  Plaintiff, ) ) v. ) ) ALLIANT INSURANCE SERVICES, INC., ) ) Defendant. ) ) | Case No.: 1:22-cv-03931  Hon. Martha M. Pacold Hon. Jeffrey Cummings |

**JOINT STATUS REPORT REGARDING DISCOVERY AND SETTLEMENT**

Plaintiff, Arthur J. Gallagher & Co. ("Gallagher"), by and through its undersigned attorneys, and Defendant, Alliant Insurance Services, Inc. ("Alliant"), by and through its undersigned attorneys, submit this Joint Status Report pursuant to the Court's August 16, 2022 Order. Dkt. 33.

1. On September 8, 2022, the Parties reached an agreement in principle to settle this dispute. The Parties respectfully request that the Court stay all deadlines in this matter while the Parties finalize a resolution in this matter. The Parties respectfully request that the Court order a further status report to be filed in 30 days in the event this matter has not yet been fully resolved.

2. Additionally, given that the Court's August 16, 2022 Order required the Parties to set forth what discovery has been completed, what discovery remains, and whether any discovery disputes require the Court's attention, the Parties provide the following information:

   a. The Parties issued Expedited Requests for Production, Expedited Interrogatories, and Subpoenas for Production of Documents to Third Parties.

    b.  The Parties tendered responses and objections to the Requests for Production.

    c.  The Parties agree that, while the Parties work to finalize a settlement, no further discovery should be issued, and no responses to previously issued discovery should be required.

    d.  There are no current discovery disputes.

3. Should the Parties agreement in principle be unsuccessful, the Parties will meet and confer regarding the filing of a status report proposing new dates for all outstanding and remaining discovery and deadlines within seven (7) days.

WHEREFORE the Parties request this Honorable Court to stay all remaining dates, deadlines, and proceedings until the completion of the anticipated settlement agreement.

                                                                                      Respectfully submitted,

| | |
|---|---|
| */s/ Sari Alamuddin* | */s/ Eli Litoff* |
| Sari M. Alamuddin | Ronald S. Safer |
| Tinos Diamantatos | Kelly M. Warner |
| Samuel D. Block | Eli J. Litoff |
| Danielle A. Maldonado | Sarah E. Finch |
| Debra L. Fischer | Matthew A. Blumenreich |
| Seth M. Gerber | RILEY SAFER HOLMES & CANCILA, LLP |
| | 70 W. Madison Street, Suite 2900 |
| sari.alamuddin@morganlewis.com | Chicago, Illinois 60602 |
| tinos.diamantatos@morganlewis.com | Phone: 312-471-8700 |
| samuel.block@morganlewis.com | Fax: 312-471-8701 |
| danielle.maldonado@morganlewis.com | Email:   rsafer@rshc-law.com |
| debra.fischer@morganlewis.com |             kwarner@rshc-law.com |
| seth.gerber@morganlewis.com |             elitoff@rsch-law.com |
| |             sfinch@rshc-law.com |
| MORGAN, LEWIS & BOCKIUS LLP |             mblumenreich@rshc-law.com |
| 110 North Wacker Drive | |
| Chicago, IL 60606-1511 | *Attorneys for Plaintiff* |
| Telephone: +1.312.324.1000 | |

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

   I hereby certify that on September 14, 2022, I filed a copy of the foregoing document using the Court's CM/ECF filing system, which will automatically send notice of the filling to all counsel of record.

               */s/ Eli Litoff*