## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Arthur J. Gallagher & Co.
                          Plaintiff,

v.                                         Case No.: 1:22–cv–03931
                                         Honorable Martha M. Pacold

Alliant Insurance Services, Inc.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 16, 2022:

      MINUTE entry before the Honorable Jeffrey Cummings: The Court has reviewed the parties' joint status report regarding discovery and settlement [45]. The parties report they have reached an agreement in principle to settle the case and request 30 days to further report on the status of the settlement agreement. In addition, the parties request to stay all deadlines pending the resolution of this matter is granted. If the parties do not file their stipulation to dismiss before the District Court by 10/14/22, they shall file an updated joint status report on settlement. Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.